ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Crosstown Courier Service ) | ASBCA No. 61170 |
| ) | |
| Under Contract No. W81K02-16-D-0004 ) | |

APPEARANCE FOR THE APPELLANT:      Justin T. Huffman, Esq.
                                          Camardo Law Firm, P.C.
                                          Auburn, NY

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                            Army Chief Trial Attorney
                                          MAJ Adam Kama, JA
                                          Trial Attorney

## ORDER OF DISMISSAL

The parties have advised the Board they have resolved the dispute and have requested that the appeal be dismissed with prejudice. Accordingly, for good cause shown, the appeal is dismissed with prejudice. This dismissal leaves no appeal remaining before the Board arising from the performance of Contract No. W81K02-16-D-0004. The Board commends the parties for their successful efforts to resolve the appeal.

Dated: March 21, 2019

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61170, Appeal of Crosstown Courier Service, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals